UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:04-00126 |
| | ) | JUDGE CAMPBELL |
| JOHN ANDERSON | ) | |

ORDER

Pending before the Court is Defendant's Motion To Modify Conditions Of Supervised Release (Docket No. 175). The Government shall file a response to the Motion on or before August 11, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE