UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:04-00126 |
| | ) | JUDGE CAMPBELL |
| JOHN MORSE ANDERSON | ) | |

ORDER

Pending before the Court is a Motion to Extend Time to Respond to Defendant's Motion to Modify (Docket No. 177). The Motion is GRANTED.

The deadline for filing a response is extended to August 18, 2014.

IT IS SO ORDERED.

                                                  _____
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE